**F I L E D**
**United States Court of Appeals**
**Fifth Circuit**

**JUL 19 2002**

Charles R. Fulbruge
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 02-30173
Summary Calendar

YVETTE P. PATTON,

Plaintiff-Appellant,

versus

JOSEPH CRAIG LEMOINE,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana

(01-CV-1722)

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Patton appeals the district court's grant of Lemoine's motion to dismiss for lack of subject matter jurisdiction. She argues that federal district courts have jurisdiction to review state court decisions. She is mistaken. Federal district courts, as courts of original jurisdiction, lack appellate jurisdiction to review, modify, or nullify final orders of state courts.[1] AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *Weekly v. Morrow*, 204 F.3d 613, 615 (5th Cir. 2000).